IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BAYADER FOODER TRADING, LLC,

    Plaintiff,

v.                                                              No. 13-2856

GREGORY L. WRIGHT and
WRIGHT FARMS 1 HAYMAKERS INC.,

    Defendants.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING DEFENDANTS' MOTION TO SET ASIDE DEFAULT
_____

        On September 2, 2015, default was entered by the Clerk of Court against the Defendants, Gregory L. Wright and Wright Farms 1 Haymakers Inc. (D.E. 56.) On September 21, 2015, the Court received a letter from the individual Defendant which the Court construed as a motion to set aside the Clerk's entry of default. (D.E. 57.) The motion was referred to the United States Magistrate Judge on December 16, 2015. (D.E. 58.) In a report entered March 7, 2016, United States Magistrate Judge Edward G. Bryant recommended that the motion to set aside the entry of default be denied. (D.E. 59.) As no objections have been filed and upon review of the docket, the report and recommendation is hereby ADOPTED and the motion is DENIED.

        IT IS SO ORDERED this 4th day of April 2016.

                                                        s/ J. DANIEL BREEN
                                                        CHIEF UNITED STATES DISTRICT JUDGE